THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* CHESTER D. CANTINE, Appellant.

(Argued January 12, 1920; decided February 24, 1920.)

APPEAL from a judgment of the Supreme Court rendered June 28, 1919, at a Trial Term for the county of Dutchess, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Alexander C. Dow* and *Earl Hawley* for appellant.

*Raymond E. Aldrich* and *Edward K. Haas* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.